

**blackbates**

One day as I was working in the Athletics Office for the [redacted]. I took a quick bathroom break and on my way back up the stairs I heard them say my name and giggle so I paused to hear what they had been laughing about. They heard me stop so they stopped giggling. When I re-entered the office, I asked them what the joke was about because I had heard them use my name. They said, that it wasn't a big deal and that they had been discussing how I was really smart 'for a football player' and that I must be 'the smartest Black athlete on campus'.

CLASS OF 2019

#BLACKATBATES



PLAINTIFF'S EXHIBIT