UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| MALIK HALL, AND AYESHA HALL, individually and as p/n/f/ of minors ASAH HALL, KAYAH HALL, and MALIK HALL II,<br><br>　　　Plaintiffs<br><br>　　　v.<br><br>PRESIDENT AND TRUSTEES OF BATES COLLEGE<br><br>　　　Defendant | Case No.: 2:22-cv-00090-JAW |

## ORDER ON PLAINTIFFS' UNOPPOSED MOTION FOR APPROVAL OF MINOR SETTLEMENTS

　　On January 21, 2024, the parties filed an Unopposed Motion for Approval of Settlement on Behalf of the Minor Plaintiffs in the above-captioned action.

　　In accordance with 14 M.R.S.A. § 1605 and Local Rule 41.2, I have carefully reviewed the Unopposed Motion, the settlement value, the information relating to the depository where the settlement funds will be held until the minors reach the age of majority, and I am familiar with the underlying facts of the case. Following the principles set forth in *Holbrook v. Andersen Corp.,* 756 F.Supp. 34 (D.Me.1991), approved by the Maine Law Court in *Corey v. Corey,* 803 A.2d 1014 (Me.2002), I have determined that the settlement is "fair, reasonable and in the best interests of the minor[s]." *Holbrook,* 756 F.Supp. at 38.

　　Accordingly, it is hereby **ORDERED** that the Unopposed Motion for Approval of Settlement on Behalf of Minor Plaintiffs and Request to Dispense with Hearing is **GRANTED**.

　　The settlement funds applicable to the minors shall be disbursed as follows:

1. The settlement funds due to Asah Hall shall be deposited in an interest bearing account opened at Maine Family Credit Union in Asah's name for her sole benefit where the funds shall remain and accrue interest until she attains the age of 18 on December 1, 2033.

2. The settlement funds due to Kayah Hall shall be deposited in an interest bearing account opened at Maine Family Credit Union in Kayah's name for her sole benefit where the funds shall remain and accrue interest until she attains the age of 18 on July 9, 2030.

3. The settlement funds due to Malik Hall II shall be deposited in an interest bearing account opened at Maine Family Credit Union in Malik's name for her sole benefit where the funds shall remain and accrue interest until she attains the age of 18 on July 30, 2028.

At no time is early access to the minor settlement funds set forth in this order permitted by Malik Hall, Ayesha Hall, the minors, or anyone else without prior court approval. Plaintiffs shall provide a copy of this order setting forth the restrictions on the minor settlement funds to Maine Family Credit Union.

Finally, within 30 days of the date of this order approving the minor settlements in this case, plaintiffs or plaintiffs' counsel shall file an affidavit verifying that the settlement funds have been deposited in accordance with the court's order and confirming that a copy of the court's order on the minor settlements has been provided to Maine Family Credit Union.

Dated: <u>January 22, 2024</u>            /s/ John A. Woodcock, Jr.
                                          U.S. District Judge